# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MELISSA REMMEN,<br><br>                Plaintiff,<br><br>v.<br><br>TAYLOR-MADE FLOORS, INC.,<br><br>                Defendant. | Case No. 22-CV-409-JPS<br><br>**ORDER** |

On December 19, 2022, Plaintiff and Defendant signed and filed a stipulation of dismissal of the action with prejudice and without costs. ECF No. 12. The Court will adopt the parties' stipulation. Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' stipulation of dismissal, ECF No. 12, be and the same is hereby **ADOPTED**; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED with prejudice** and without costs as to all parties.

Dated at Milwaukee, Wisconsin, this 20th day of December, 2022.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge